UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JUAN VALDEZ, </br>    Plaintiff, </br>  v. </br>KILOLO KIJAKAZI, </br>Acting Commissioner of Social Security, </br>    Defendant. | CIVIL NO. 1:22-cv-00477-EPG </br></br> ORDER GRANTING UNOPPOSED </br> MOTION FOR LEAVE FOR LATE FILING </br></br> (ECF No. 18). |

This matter is before the Court on Defendant's unopposed motion for leave for late filing, which asks the Court to consider a concurrently and untimely filed opposition brief. (ECF Nos. 18, 19). As grounds for the motion, Defendant states that the attorney initially assigned to the case is on leave, and although the case was reassigned to another attorney, the reassignment was never fully completed. Upon learning of the past due brief, defense counsel worked diligently to prepare a brief, which has now been filed. The motion states that opposing counsel has no objection to Defendant filing the late brief.

\\\

\\\

\\\

Upon review, IT IS ORDERED as follows:

1. Defendant's unopposed motion for leave for late filing (ECF No. 18) is granted.
2. The Court will accept and consider Defendant's late-filed brief. (ECF No. 19).
3. All remaining dates in the scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: __**February 22, 2023**__         /s/ *Erica P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE