JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CALI VALDEZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:22-cv-00477-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 21) |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 14-day extension of time, from  March 8, 2023 to March 22 ,2023, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY BRIEF.

　　　　This is Plaintiff's third request for an extension of time.  Good cause exists for the requested extension. For the week of March 6, 2023, Counsel currently has 6 merit briefs, and several letter briefs and reply briefs.  Additional time is needed to thoroughly brief this matter for the Court.

　　　　Additionally, undersigned Counsel is currently in on partial parental leave.

1

1  Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and
2  Court for any inconvenience this may cause.

3

4
                                                    Respectfully submitted,
5
6  Dated: March 8, 2023        PENA & BROMBERG, ATTORNEYS AT LAW

7
                                    By: */s/ Jonathan Omar Pena*
8                                            JONATHAN OMAR PENA
9                                            Attorneys for Plaintiff

10

11
   Dated: March 8, 2023                    PHILLIP A. TALBERT
12                                           United States Attorney
                                          MATHEW W. PILE
13                                           Associate General Counsel
                                          Office of Program Litigation
14                                           Social Security Administration

15

16
                                 By:  */s/ Margaret Lehrkind*
17                                       Margaret Lehrkind
                                      Special Assistant United States Attorney
18                                     Attorneys for Defendant
                                    (*As authorized by email on March 8, 2023)
19

20

21

22

23

24

25

26

27

28

**ORDER**

Based on the above stipulation (ECF No. 21), IT IS ORDERED that Plaintiff shall file any reply by no later than March 22, 2023.

IT IS SO ORDERED.

Dated:   **March 9, 2023**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE